PER CURIAM.
Affirmed. See Hoover v. State, 530 So.2d 308 (Fla.1988); Long v. State, 529 So.2d 286 (Fla.1988); State v. King, 426 So.2d 12 (Fla.1982); McDonald v. State, 133 So.3d 530 (Fla. 2d DCA 2013); Dominguez v. *187 State, 98 So.3d 198 (Fla. 2d DCA 2012); Doby v. State, 25 So.3d 598 (Fla. 2d DCA 2009); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Waiter v. State, 965 So.2d 861 (Fla. 2d DCA 2007); Steward v. State, 931 So.2d 133 (Fla. 2d DCA 2006); Shortridge v. State, 884 So.2d 321 (Fla. 2d DCA 2004); Haynes v. State, 106 So.3d 481 (Fla. 5th DCA 2013); Sanchez v. State, 979 So.2d 1004 (Fla. 3d DCA 2008); Labadie v. State, 840 So.2d 332 (Fla. 5th DCA 2003); Paul v. State, 830 So.2d 953 (Fla. 5th DCA 2002).
KHOUZAM, SLEET, and LUCAS, JJ„ Concur.